754 A.2d 554

IN THE MATTER OF SHELDON H. KRONEGOLD,
AN ATTORNEY AT LAW.

July 19, 2000.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision concluding that **SHELDON H. KRONEGOLD**, formerly

of **CLIFTON**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 5.5(a) (practicing law while ineligible), and good cause appearing;

It is ORDERED that **SHELDON H. KRONEGOLD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.